

United States Department of Justice

United States Attorney's Office
Eastern District of Michigan

---

211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9522
andrew.goetz@usdoj.gov

January 31, 2024

Kelly Stephens, Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

    Re:    Letter Regarding the Briefing in *United States v. Berry*, Case No. 23-1720

Dear Ms. Stephens:

Appellant Duane Berry is appealing from a closed case. As this Court has detailed elsewhere, Berry's criminal charges were dismissed in 2019 because he was incompetent to stand trial, and he is currently undergoing civil-commitment proceedings in the Eastern District of North Carolina. (*See* Order in *United States v. Berry*, 6th Cir. No. 23-1865 (Oct. 25, 2023); Order in *United States v. Berry*, 6th Cir. No. 23-1604 (Sept. 14, 2023)). Berry has nonetheless filed a long series of motions and other documents in his closed criminal case, raising various conspiracy theories that do not appear legally cognizable or factually grounded. His appeal here is from the district court's order denying one of those motions, in which Berry demanded the return of "classified seized federal securities." (R.234: Motion, 4996–99; R.235: Order, 5000; R.236: Notice of Appeal, 5001–02).

Approximately three months ago, the government moved to dismiss Berry's appeal for lack of jurisdiction, pointing out that his allegations

Page 2 of 2

do not appear to be justiciable. (Motion to Dismiss, 6th Cir. No. 23-1720 (Nov. 6, 2023)). Although that motion remains pending, the briefing schedule here has since been reset, with the government's brief currently due on March 1, 2024. (Briefing Letter, 6th Cir. No. 23-1720 (Jan. 31, 2024)).

Other than suggest that this Court affirm for the reasons given in the district court's one-paragraph order, the government has nothing to add in any briefing here. The government is therefore waiving the right to file an appellee brief, as permitted under Federal Rule of Appellate Procedure 31(c). *See Lampe v. Kash*, 735 F.3d 942, 943 (6th Cir. 2013).

        Sincerely,

        /s/ Andrew Goetz
        Andrew Goetz
        Assistant United States Attorney

cc:
Duane Letroy Berry #62250-019
FMC Butner
Federal Medical Center
P.O. Box 1600
Butner, NC 27509